RECEIVED

APR 2 0 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____DIVISION**

| | |
|---|---|
| Deana Marie Franken<br><br><br>Plaintiff(s),<br><br>v.<br><br>St Louis Community College<br><br><br><br><br><br><br><br>Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.) | )<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)  (to be assigned by Clerk of District Court)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)  YES ✓   NO ☐<br>)<br>)<br>)<br>) |

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.    This employment discrimination lawsuit is based on (check only those that apply):

_____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)                                                                          .

## PARTIES

2.    Plaintiff's name: Deana Marie Franken

Plaintiff's address: 890 Thousand Pines
                          Street address or P.O. Box

Fenton, MO 63026
City/ County/ State/Zip Code

314-365-7726
Area code and telephone number

3.    Defendant's name: St. Louis Community College

Defendant's address:  3221 McKelvey Rd
                          Street address or P.O. Box

Bridgeton, MO 63044
City/County/State/ Zip Code

314-539-5073
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.　　If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

| 11333 Big Bend Rd. | Kirkwood | MO | 63122 |
|---|---|---|---|
| (Street Address) | (City/County) | (State) | (Zip Code) |

5.　　When did the discrimination occur?  Please give the date or time period:

07/07/2025

## ADMINISTRATIVE PROCEDURES

6.　　Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: 11/21/2025 (dual)

☐ No

7.　　Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 11/21/2025

☐ No

8.　　Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.　　If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

__✓__ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes                              ☐ No

4

11.     I believe that I was discriminated against because of my (check all that apply):

_____   race

_____   religion

_____   national origin

_____   color

_✓__   gender

_✔__   disability

_____   age (birth year is:     _____ )

_✓__   other:


Did you state the same reason(s) in your charge of discrimination?

[✓] Yes                    [ ] No

12.     State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

Plaintiff was employed by St. Louis Community College (STLCC) as a [Facility Coordinator]. Prior to hiring, Defendant was aware that Plaintiff had ongoing medical conditions requiring treatment and medication.

Plaintiff's physician advised that it would take several months to safely taper off prescribed medications. Plaintiff could not discontinue medication without medical supervision and followed her doctor's instructions.

(Continue to page 6, if additional space is needed.)

5

During employment, Plaintiff consistently communicated with her supervisor regarding her health condition, symptoms, and need for accommodations. Defendant approved ADA accommodations; however, Defendant failed to implement the accommodations and did not follow the recommendations of Plaintiff's physician.

Plaintiff attended required medical appointments and continued working despite serious health limitations, including times when she had difficulty walking.

On or about July 8, Plaintiff was suspended without pay. Plaintiff remained suspended without pay until November 20, when Defendant terminated her employment.

During this period, Plaintiff was not formally terminated and was therefore unable to collect unemployment benefits. Plaintiff filed for unemployment on July 9, and the claim was denied by Defendant.

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on or about August 14.

Defendant repeatedly pressured Plaintiff to resign rather than continue employment with accommodations. Defendant offered Plaintiff $7,500 to resign. Plaintiff declined the offer, after which Defendant denied further grievance steps and continued disciplinary actions.

Plaintiff requested reasonable accommodations, including the ability to take unpaid leave when medically necessary. These requests were denied.

Plaintiff underwent a serious medical procedure to remove a mass. The surgery occurred on a Thursday, and Plaintiff returned to work the following Monday while still under prescribed medication, after Defendant denied additional time off.

Plaintiff was subjected to unprofessional treatment in the workplace. On one occasion, Human Resources personnel stood over Plaintiff and yelled at her in front of others. Coworkers also laughed at Plaintiff, took photographs of her, and shared those images in the workplace.

(Attach additional sheets as necessary).

6

13.   The acts set forth in paragraph 12 of this complaint:

☐   are still being committed by the defendant.

☐   are no longer being committed by the defendant.

☑   may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
Award back pay for wages lost during the period of suspension and
termination;
Award compensation for lost benefits, including vacation pay,
sick pay, and HRA/CEP benefits;
Award compensation for financial hardship and emotional distress
caused by Defendant's actions;
Award compensation for lost wages related to required meetings
during suspension;
Award any additional relief the Court deems fair and appropriate.
```

14.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **06** day of _____April_____, 20 **26**.

Signature of Plaintiff _____

8

RECEIVED

APR 2 0 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**St. Louis District Office**
1222 Spruce St, Rm 8 100
St Louis, MO 63103
(314) 798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/18/2026

**To:** Ms. Deana M. Franken
890 thousand pines
FENTON, MO 63026
Charge No: 560-2026-00529

EEOC Representative and email:    JILL BERKLAND
EQUAL OPPORTUNITY INVESTIGATOR
JILL.BERKLAND@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 560-2026-00529.

On behalf of the Commission,

Digitally Signed By:David Davis
02/18/2026
_____

David Davis
District Director